◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARK WILLIAMS, Appellant.—Appeal by the defendant, as limited by his motion, from a sentence of the County Court, Suffolk County (Mallon, J.), imposed March 14, 1985.

Sentence affirmed. *(See, People v West,* 124 Misc 2d 622.) Mollen, P. J., Mangano, Thompson and Brown, JJ., concur.